IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERLY EDWARD MURILLO-ANGULO,<br><br>Defendant. | CASE NO.: 2:24-mj-15 |

**O R D E R**

On August 29, 2024, the parties filed their Joint Status Report. Doc. 18. In the Joint Status Report, the parties state that in light of Defendant's release from Bureau of Prisons, Defendant withdraws his request to transfer and states that a Consent to Transfer hearing is unnecessary. After careful consideration and for good cause shown, the Court **GRANTS** the Defendant's request to withdraw his request to transfer. The Clerk of Court is authorized and directed to close this case.

**SO ORDERED**, this 6th day of September, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA